# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

WARNER BROS RECORDS INC., SONY BMG MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., ZOMBA RECORDING LLC, AND ARISTA RECORDS LLC,

        Plaintiffs,

v.

ANDRE MOLLERUD,

        Defendant.

Civil No. 08-5444 (JRT/JJK)

**ORDER**

Mary Andreleita Walker, **FAEGRE & BENSON, LLP,** 90 South Seventh Street, Suite 2200, Minneapolis, MN 55402, for plaintiff.

Based upon Plaintiffs' Application for Default Judgment by the Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1.    Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the ten sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Seven Thousand Five Hundred Dollars ($7,500.00).

2.	Defendant shall pay Plaintiffs' costs of suit herein in the amount of Five Hundred Fifty Dollars ($550.00).

3.	Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Jalapeno," on album "Comin' to your City," by artist "Big & Rich" (SR# 375-280);
- "Put That Woman First," on album "Still Ghetto," by artist "Jaheim" (SR# 320-393);
- "In Those Jeans," on album "The Senior," by artist "Ginuwine" (SR# 331-436);
- "Better Than Me," on album "Extreme Behavior," by artist "Hinder" (SR# 379-192);
- "Holiday in Spain," on album "Hard Candy," by artist "Counting Crows" (SR# 321-021);
- "I Hate Everything About You," on album "Three Days Grace," by artist "Three Days Grace" (SR# 338-429);
- "Hood Hop," on album "Hood Hop," by artist "J-Kwon" (SR# 354-780);
- "Wifey," on album "Welcome II Nextasy," by artist "Next" (SR# 284-980);
- "Dirty Little Secret," on album "Move Along," by artist "The All-American Rejects" (SR# 374-412);
- "Angel of Mine," on album "The Boy is Mine," by artist "Monica" (SR# 263-982).

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.


Dated: July 22, 2009
at Minneapolis, Minnesota

          s/John R. Tunheim
          JOHN R. TUNHEIM
          United States District Judge